IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLIFFORD LEDFORD, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00188-MTT |
| | * |
| EBARLE MARKETING SERVICES INC., | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 4, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $99,923.08. The amount shall accrue interest from the date of entry of judgment at the rate of 4.12 % per annum until paid in full.

This 4th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk